**COURT ORDER ON CASE FILING**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 10 2018 ★
BROOKLYN OFFICE

Case number ___CV18-4875___

Magistrate Judge ___REYES___ ✓

Treat under Local Rule 72.2 _____ ✓

Court respectfully requests expedition by the Magistrate Judge ___✓___

Case Manager:

Set a conference before me as soon as possible after appearance _____

Set a conference before me _____ days from today's date _____

Set a conference before me on case control promptly upon completion of discovery as certified by the Magistrate Judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged ___✓___

Plaintiff [Named individual defendants] and a knowledgeable person [other] for the defendant [and plaintiff] shall appear at the conference ___✓___.

Respectfully referred to the Magistrate Judge for:

___Expedite Discovery and try to settle___

_____

_____
Jack B. Weinstein
Sr. U. S. District Judge

Date: 9/4/18