UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAC FUND II 0406, LLC,

          Plaintiff

-against-

HENRY MOYA, et al.,

          Defendants.

Docket# 18-cv-4875 (JBW)(RER)

NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE, that the Law Offices of Edward J. Troy, 44 Broadway, Greenlawn, NY 11740, hereby appears in this action on behalf of HENRY MOYA; and

    PLEASE TAKE FURTHER NOTICE, that all papers and documents in this matter be directed to the undersigned.

Dated: September 25, 2018
       Greenlawn, NY 11740

                                         EDWARD J. TROY

Robinson Brog Leinwand Greene Genovese & Gluck, P.C.
875 Third Avenue, 9th Floor
New York, NY 10022