# LAW OFFICES
# OF
# EDWARD J. TROY

44 Broadway, Greenlawn, NY 11740
Telephone: (631) 239-6817
Facsimile: (631) 239-6818

Edward J. Troy, Esq.                                         Direct Dial: (631) 239-6817
                                                             edwardtroy@optonline.net

September 25, 2018

Magistrate Judge Reyes
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn NY 11201

Re: SAC FUND II 0406, LLC
   Docket No.: 18-cv-4875 (JBW) (RER)
   Our File #: OTH 407

Dear Magistrate Judge Reyes:

 Please be advised that this office represents the defendant, Henry Moya in this foreclosure matter that has been referred to your Honor by Judge Weinstein. Earlier today, I was provided with a copy of the summons and complaint by the referring attorney, who advised me that plaintiff's counsel, Roger A. Raimond, Esq., had consent to a two week extension to answer or otherwise move in this matter. My attempts to contact Mr. Raimond met with no success.

 Since today may be the last day to answer, I am requesting a two week adjournment to file my answer. A Notice of Appearance is being filed contemporaneously with this letter motion.

Respectfully,

Edward J. Troy