ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

September 26, 2018

Roger A. Raimond, Esq.<br>
Direct dial: (212) 603-6340<br>
rar@robinsonbrog.com

Magistrate Judge Reyes  
United States District Court  
United States Courthouse  
225 Cadman Plaza East  
Brooklyn, NY 11201

  Re: **SAC FUND II 0406, LLC**  
     **Docket No.; 18-cv-4875 (JBW) (RER)**

Dear Magistrate Judge Reyes,

  We are counsel to GCRE Advisors in the above referenced matter. I am in receipt of the letter dated September 25, 2018, filed with the Clerk of the Court and addressed to Your Honor from Edward J. Troy, attorney for the defendant Henry Moya. I write the Court to address Mr. Troy's request to you for an extension of time to answer.

  On September 25, 2018, I received a phone call from an unidentified person, asking when Moya's time to answer the complaint would expire. I advised him it was September 25, 2018. He then requested a week or two extension of time to answer. When I asked if he was Moya's attorney he told me he was not. I advised him to have Mr. Moya's attorney contact me and that I would ask my client if I could consent to the extension. I never received a follow up call or email from Mr. Troy, seeking an extension of time to answer.

      My client does not oppose Mr. Moya's request for a two week extension of time to answer. His answer would be due on or before Oct 9, 2018.

      Thank you.

Respectfully Submitted,

**Robinson Brog Leinwand Greene Genovese & Gluck PC**

By: _/s/ Roger A. Raimond_
Roger A. Raimond, Esq.

RAR:ecr

{00958561.DOCX;1 }