ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE, 9TH FLOOR

NEW YORK, NEW YORK 10022

---

(212) 603-6300

---

FAX (212) 956-2164

October 10, 2018

Roger A. Raimond, Esq.
Direct dial:  (212) 603-6340
rar@robinsonbrog.com

Magistrate Judge Ramon E. Reyes
USDC, EDNY
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    **SAC FUND II 0406, LLC**
                  <u>**Docket No.; 18-cv-4875 (JBW) (RER)**</u>

Dear Magistrate Judge Reyes,

      We are counsel to SAC FUND II 0406, LLC in the above referenced matter.  We are writing jointly with the attorney for defendant Henry Moya, Edward Troy, Esq.  On or about September 27, 2018, you issued a scheduling Order.  Immediately thereafter, Mr. Troy and I discussed settlement terms.  We agreed to confer with our clients to confirm the proposed terms.  Unfortunately, before Mr. Troy could confirm settlement terms with his client, he was in an accident.  We are jointly respectfully requesting that the date for our submission of the case management statement be adjourned from October 12, 2018 to October 19, 2018 and the Initial Conference be adjourned from October 17, 2018 to October 24, 2018, or as soon thereafter as is convenient to the Court.  We are optimistic we can settle this matter.  Thank you.

                                         Respectfully Submitted,

                                         **Robinson Brog Leinwand Greene**
                                         **Genovese & Gluck PC**

                                         By: _____
                                                Roger A. Raimond, Esq.

RAR:rc

{00961500.DOCX;1 }